IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SEARS AUTHORIZED HOMETOWN STORES, LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Civil Action No. 7:18-cv-00083-O-BP |
| Y&O WF, LLC, | | |
| Defendant. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 73). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motions to Dismiss (ECF Nos. 34, 51) are **DENIED**.

**SO ORDERED** on this **17th day** of **December, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE