IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SEARS AUTHORIZED HOMETOWN STORES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:18-cv-00083-O-BP |
| Y&O WF, LLC, | § § § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 99), issued on August 5, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** the Joint Motion to Release Injunction Bond (ECF No. 97) and Joint Motion for Dismissal with Prejudice (ECF No. 98). The Court **ORDERS** the Clerk of Court to release Plaintiff Bond No. 1071086 in the amount of $66,500 and **DISMISSES with prejudice** all claims asserted by and between Plaintiff and Defendant with each party bearing its own costs.

**SO ORDERED** on this **20th day** of **August, 2020**.

*[signature: Reed O'Connor]*
Reed O'Connor
UNITED STATES DISTRICT JUDGE